UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-61716-CV-MARRA

ROCHELLE KENTOV, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,
          Petitioner

v.

POINT BLANK BODY ARMOR, INC.,
and NDL PRODUCTS, INC.,
          Respondent



FILED by _____ D.C.

APR 2 1 2004

CLARENCE MADDOX
CLERK U.S. DIST. C.
S.D. OF FLA. FT. LAU.

## ORDER DISSOLVING THE FINAL JUDGMENT GRANTING PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT

On January 30, 2003, this Court granted a Petition for Injunction pursuant to Section 10(j) of the National Labor Relations Act, which enjoined Respondent from engaging in certain conduct and which ordered temporary reinstatement of discharged employees and unfair labor practice strikers, pending the final disposition of the matters involved pending before the National Labor Relations Board.

On April 21, 2004, this Court was advised that the National Labor Relations Board approved a request to withdraw the unfair labor practice charges based upon a settlement agreement between Respondent and UNITE!, AFL-CIO, CLC, which disposes of the matters pending before the National Labor Relations Board. Therefore, it is

ORDERED that the Final Judgment Granting Petition for Injunction under Section 10(j) of the National Labor Relations Act of January 30, 2003 be vacated and dissolved.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this 21st day of April 2004.

KENNETH A. MARRA
United States District Judge

Copies furnished via fax to:

Jennifer Burgess-Solomon, Esq
Fax: (305) 536-5320

Ira Katz, Esq.
Fax: (212) 307-6904

Felice Ekelman, Esq.
(212) 545-4005